In the Matter of ERIE COUNTY BAR ASSOCIATION. ALEXANDER TAYLOR, an Attorney.— Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

In the Matter of the Petition of the BAR ASSOCIATION OF ERIE COUNTY.— Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

In the Matter of DINAH R. ROSENBLATT, an Attorney.— Present — McCurn, Vaughan, Kimball, Piper and Wheeler, JJ.

(May 14, 1952.)

LULA M. BRAINARD, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 29459.) — All concur, except Kimball, J., who dissents and votes for reversal and for granting a new trial, on the ground that the finding of contributory negligence on the part of Lula M. Brainard is against the weight of evidence. (Appeal from a judgment dismissing a claim against the State for negligent condition of State highway.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

CANTON COOPERATIVE FIRE INSURANCE COMPANY, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 29462.) — All concur, except Kimball, J, who dissents and votes for reversal and for granting a new trial on the grounds stated in Brainard v. State of New York (ante, p. 1135) decided herewith. (Appeal from a judgment dismissing a claim against the State for negligent condition of State highway.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

POTOMAC INSURANCE COMPANY, Respondent, v. GEORGE T. DONOVAN, Appellant.— Memorandum: Defendant rested his case without offering any evidence. Plaintiff's counsel requested the court to charge " that if the defendant failed to produce his employee, the absence of that witness can be held to infer that his testimony would not be favorable to the defendant. The Court: I will so charge." The transaction upon which plaintiff's cause of action is based occurred in 1944 when defendant's employee was about fifteen years of age. This trial was had in 1950 and the record does not disclose whether such employee was still in defendant's employ or in any way subject to his control at the time of the trial. The